IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| J.S., a minor student, by T.S. and R.S., the student's parents, | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:22cv284-MHT (WO) |
| AUTAUGA COUNTY BOARD OF EDUCATION, | ) ) ) | |
| Defendant. | ) | |
| | | |
| AUTAUGA COUNTY BOARD OF EDUCATION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:22cv306-MHT (WO) |
| R.S. and T.S., as parents and next friend of J.S., | ) ) ) | |
| Defendants. | ) | |

ORDER

The court previously ordered the parties to file, by July 14, 2022, the complete administrative record in the above-styled consolidated case. *See* Order (Doc. 18). The court recognizes that, prior to consolidation,

the Autauga County Board of Education filed the administrative record under seal in member case 2:22cv306 *Autauga County Board of Education v. R.S. et al.* *See* Notice of Conventional Filing Under Seal of the Administrative Record (Doc. 15 in 2:22cv306). Nevertheless, for the clarity of the record in case of appeal, the administrative record must be filed in this consolidated case.

That said, the record is over 1800 pages, and the clerk of court already has on file a paper copy of the administrative record from the previous filing. The parties need not file another paper copy of the record. However, the clerk of court requires that they file an 'electronic' copy of the record, on a flash drive or similar device, with an appropriate notice of filing under seal, using the case style of this consolidated case. This should include the complete administrative record agreed upon by the parties.

***

2

Accordingly, it is ORDERED that, pursuant to this court's previous order requiring the filing of the agreed administrative record (Doc. 18), the parties shall file, by July 14, 2022, the complete administrative record on electronic media, accompanied by a notice of conventional filing under seal of the administrative record, using the consolidated case style.

DONE, this the 13th day of July, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**
