IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
J.S., a minor student, by    )
T.S. and R.S., the           )
student's parents,           )
                             )
     Plaintiffs,             )
                             )    CIVIL ACTION NO.
     v.                      )      2:22cv284-MHT
                             )           (WO)
AUTAUGA COUNTY BOARD OF      )
EDUCATION,                   )
                             )
     Defendant.              )


AUTAUGA COUNTY BOARD OF      )
EDUCATION,                   )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )      2:22cv306-MHT
                             )           (WO)
R.S. and T.S., as parents    )
and next friend of J.S.,     )
                             )
     Defendants.             )
```

**JUDGMENT**

Pursuant to the joint stipulation of dismissal of all claims with prejudice (Doc. 46), it is the ORDER, JUDGMENT, and DECREE of the court that these consolidated cases are dismissed in their entirety with

prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of June, 2023.

                                     <u>/s/ Myron H. Thompson</u>
                                     **UNITED STATES DISTRICT JUDGE**